**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter ___7___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | | **The Granite and Iron Store, Inc.** |
| 2. | All other names debtor used in the last 8 years | | aka Phil Jackson Granite and Iron Store |
| | Include any assumed names, trade names and *doing business as* names | | |

3. **Debtor's federal Employer Identification Number (EIN)**

7  4  –  2  8  9  0  9  6  9

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **206 E. Main St.**<br>Number     Street | Number     Street |
| | P.O. Box |
| **Fredericksburg**　　**TX**　　**78624**<br>City　　　　　State　ZIP Code | City　　　　　State　ZIP Code |
| **Gillespie**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number     Street |
| | City　　　　　State　ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **The Granite and Iron Store, Inc.**      Case number (if known) _____

| | |
|---|---|
| **7.** | **Describe debtor's business** |

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

<u>4</u>  <u>4</u>  <u>4</u>  <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                    MM / DD / YYYY

       District _____  When _____  Case number _____
                                      MM / DD / YYYY

       District _____  When _____  Case number _____
                                      MM / DD / YYYY

Debtor  **The Granite and Iron Store, Inc.**_____  Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number     Street

_____

_____
City                                  State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

<span style="background:black">    </span> **Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **The Granite and Iron Store, Inc.** _____  Case number (if known) _____

| 14. | **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **01/21/2020** _____
                    MM / DD / YYYY

X  **/s/ Kayln Shaun Wehmeyer** _____  **Kayln Shaun Wehmeyer** _____
     Signature of authorized representative of debtor      Printed name

Title  **President** _____

| 18. | **Signature of attorney** | X  **/s/ Jesse Blanco** _____  Date  **01/21/2020** _____ |
| | | Signature of attorney for debtor                                    MM / DD / YYYY |

**Jesse Blanco** _____
Printed name

**Jesse Blanco Attorney at Law** _____
Firm name

**7406 Garden Grove** _____
Number          Street

_____

**San Antonio** _____  **TX** _____  **78250** _____
City                                      State      ZIP Code

**(713) 320-3732** _____  **lawyerjblanco@gmail.com** _____
Contact phone                             Email address

**02449600** _____
Bar number                                State

**Fill in this information to identify the case**

Debtor name    **The Granite and Iron Store, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future
interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also
include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.
In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and
Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any
pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the
additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the
pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a
fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset
only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the
terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ☑ Yes.  Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

    Current value of
    debtor's interest

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Chase Accounts** | **Checking account** | | $400.00 |
| 3.2. **Compass Checking account** | **Checking account** | | $889.00 |

4.  **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

    $1,289.00

### Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No.  Go to Part 3.
    ☐ Yes.  Fill in the information below.

Debtor    **The Granite and Iron Store, Inc.**      Case number (if known) _____
      Name

**Current value of debtor's interest**

**7.**   **Deposits, including security deposits and utility deposits**

     Description, including name of holder of deposit

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

**9.**   **Total of Part 2.**                             **$0.00**
     Add lines 7 through 8.  Copy the total to line 81.

## Part 3:   Accounts receivable

**10.**   **Does the debtor have any accounts receivable?**

     ☒   No.  Go to Part 4.
     ☐   Yes.  Fill in the information below.

**Current value of debtor's interest**

**11.**   **Accounts receivable**

11a.   90 days old or less:   _____ − _____ = ............. ➔ _____
                 face amount      doubtful or uncollectible accounts

11b.   Over 90 days old:   _____ − _____ = ............. ➔ _____
                 face amount      doubtful or uncollectible accounts

**12.**   **Total of Part 3**                             **$0.00**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:   Investments

**13.**   **Does the debtor own any investments?**

     ☒   No.  Go to Part 5.
     ☐   Yes.  Fill in the information below.

**Valuation method used for current value**      **Current value of debtor's interest**

**14.**   **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

**15.**   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                % of ownership:

**16.**   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

**17.**   **Total of Part 4**                             **$0.00**
     Add lines 14 through 16.  Copy the total to line 83.

## Part 5:   Inventory, excluding agriculture assets

**18.**   **Does the debtor own any inventory (excluding agriculture assets)?**

     ☒   No.  Go to Part 6.
     ☐   Yes.  Fill in the information below.

Debtor  **The Granite and Iron Store, Inc.**_____  Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | The Granite and Iron Store, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

**Office equipment:**
**2 large file cabinets**
**2 five drawer file cabinets**
**5 two drawer file cabinets**
**2 computers w/ monitors**
**2 zebra label printers**
**1 barcode scanner**
**1 large refrigerator**
**1 mini refrigerator**
**2 inventory scanners**
**3 office chairs**
**1 TV**
**1 Kenmore upright vacuum cleaner**
**1 Panasonic phone system**
**4 jewelry display cases**

| | Net book value | Valuation method | Current value |
|---|---|---|---|
| **Misc office supplies** | $3,355.00 | Estimated | $3,355.00 |

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $3,355.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| Debtor | The Granite and Iron Store, Inc. | Case number (if known) | |
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.  **2012 Top Hat Trailer** | **$1,000.00** | **Estimated** | **$1,000.00** |
| 47.2.  **2007 Princeton Forklift** | **$20,000.00** | **Estimated** | **$20,000.00** |

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| | | | |
|---|---|---|---|
| **Scroll Bending Machine**<br>**Bending Machine**<br>**Table Saw**<br>**2 Air Filters**<br>**Grinders**<br>**Polishers**<br>**Air Compressors**<br>**Vacuum**<br>**2 Welders**<br>**Torch**<br>**Drill Press**<br>**Welding Tab;e**<br>**Granite Cart**<br>**Misc Tolls**<br>**2 Large shop fans**<br>**Unsused polishing pads**<br>**2 desks**<br>**Took Boxes**<br>**8 Metal A-Frames**<br>**2 Slab racks**<br>**Metal**<br>**Pipe**<br>**Granite Slabs and scrap**<br>**Misc supplies** | **$128,000.00** | **Estimated** | **$128,000.00** |

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$149,000.00** |

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:  Real property**

**54.  Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

Debtor   **The Granite and Iron Store, Inc.**                     Case number (if known) _____
          Name

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.      **$0.00**

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

59.   **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.      **$0.00**

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11: All other assets

70.   **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

Debtor    **The Granite and Iron Store, Inc.**                                    Case number (if known) _____
          Name

**Current value of
debtor's interest**

**71.  Notes receivable**

Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.  Other contingent and unliquidated claims or causes of action of every nature,
       including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**                                                                        **$0.00**
Add lines 71 through 77.  Copy the total to line 90.

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  **The Granite and Iron Store, Inc.**                                    Case number (if known) _____
 _____
          Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,289.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,355.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $149,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $153,644.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ....................................................................... **$153,644.00**

**Fill in this information to identify the case:**

Debtor name __**The Granite and Iron Store, Inc.**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

---

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

**Creditor's mailing address**
_____
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** _____ **$0.00**

| Fill in this information to identify the case: |
|---|

Debtor **The Granite and Iron Store, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | $1,542.00 | $1,542.00 |

**Caleb Wehmeyer**

**115 Barons Creek Crossing**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fredericksburg        TX      78624**

Date or dates debt was incurred
**Various**

**Basis for the claim:**
**Wages**

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | $847.00 | $847.00 |

**Chris Haggerton**

**204 Glenmore**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fredericksburg        TX      78624**

Date or dates debt was incurred
**Various**

**Basis for the claim:**
**Wages**

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

| Debtor | **The Granite and Iron Store, Inc.** | Case number (if known) | |

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.3**    Priority creditor's name and mailing address

**Gillespie Central Appraisal District**

**1159 S. Milam St.**

**Fredericksburg          TX      78624**

Date or dates debt was incurred

**Various**

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim **$2,005.00**    Priority amount **$2,005.00**

---

**2.4**    Priority creditor's name and mailing address

**Gillespie Central Appraisal District**

**1159 S. Milam St.**

**Fredericksburg          TX      78624**

Date or dates debt was incurred

**Various**

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim **$7,406.00**    Priority amount **$7,406.00**

---

**2.5**    Priority creditor's name and mailing address

**Jamie Sanchez**

**302 Acorn**

**Fredericksburg          TX      78624**

Date or dates debt was incurred

**Various**

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Wages**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim **$1,985.00**    Priority amount **$1,985.00**

---

Debtor   **The Granite and Iron Store, Inc.**_____   Case number (if known) _____

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.6**   **Priority creditor's name and mailing address**

**John Fields**

**412 S. Adams St. 1102**

_____

_____

**Fredericksburg**          **TX**      **78624**

**Date or dates debt was incurred**

**Various**_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Wages**_____

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$887.25**   Priority amount: **$887.25**

---

**2.7**   **Priority creditor's name and mailing address**

**Matt Haggerton**

**208 Westmore**

_____

_____

**Fredericksburg**          **TX**      **78624**

**Date or dates debt was incurred**

**various**_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Wages**_____

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$847.00**   Priority amount: **$847.00**

---

**2.8**   **Priority creditor's name and mailing address**

**Richard Fields**

**506 Fields Ln**

_____

_____

**Fredericksburg**          **TX**      **78624**

**Date or dates debt was incurred**

**Various**_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Wages**_____

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$680.00**   Priority amount: **$680.00**

Debtor  __The Granite and Iron Store, Inc._____  Case number (if known) _____

| Part 1: | Additional Page |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

### 2.9  Priority creditor's name and mailing address

__Sara Dvorak__

__194 Michael Dr.__

_____

__Harper__                  __TX__        __78631__

**Date or dates debt was incurred**

__Various__

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( __4__ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Wages__

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: **$1,505.00**   Priority amount: **$1,505.00**

### 2.10  Priority creditor's name and mailing address

__Texas Comptroller__

__P.O. Box 12548__

_____

__Austin__                  __TX__        __78711-2548__

**Date or dates debt was incurred**

__Various__

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( __8__ )

**Account No. 742890969**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Taxes__

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: **$8,459.00**   Priority amount: **$8,459.00**

Debtor  __The Granite and Iron Store, Inc._____  Case number (if known) _____

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**  **Nonpriority creditor's name and mailing address**

American Express

P.O. Box 650448

Dallas                    TX      75265-0448

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$4,849.00**

**3.2**  **Nonpriority creditor's name and mailing address**

BB&T Commercial Equipment

2 Great Valley Pkwy, Ste. 300

Malvern                  PA      19355

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$30,000.00**

**3.3**  **Nonpriority creditor's name and mailing address**

BBVA Compass

DDA Collections

P.O. Box 192

Birmingham               AL      35201

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$72,242.00**

**3.4**  **Nonpriority creditor's name and mailing address**

Capital One

P.O. Box 60599

City of Industry         CA      91716

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,969.00**

Debtor   __The Granite and Iron Store, Inc._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** | $43,347.00 |
|---|---|---|---|---|

**Chase Card Services**

**P.O. Box 6294**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

__Carol Stream_____ __IL__ ___60197-6294___

| Date or dates debt was incurred | **Various** |
|---|---|

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __5__  __5__  __6__  __1__

---

| 3.6 | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** | $2,182.00 |
|---|---|---|---|---|

**Chevron/Texasco-WEX Bnk**

**P.O. Box 4337**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

__Carol Stream_____ __IL__ ___60197___

| Date or dates debt was incurred | **Various** |
|---|---|

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.7 | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** | $3,576.00 |
|---|---|---|---|---|

**Creative Co-op**

**P.O. 74008740**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

__Chicago_____ __IL__ ___60674___

| Date or dates debt was incurred | **Various** |
|---|---|

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.8 | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** | $2,656.00 |
|---|---|---|---|---|

**Ditmarr Lumber Co**

**500 Sequin St.**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

__San Antonio_____ __TX__ ___78208___

| Date or dates debt was incurred | **Various** |
|---|---|

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Debtor   **The Granite and Iron Store, Inc.**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**  Nonpriority creditor's name and mailing address

**Everest Stone**

**15565 Wright Brothers Dr.**

_____

**Addison**                **TX**    **75001**

Date or dates debt was incurred      **Various**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,223.00**

---

**3.10**  Nonpriority creditor's name and mailing address

**Evergreen Enterprises**

**P.O. Box 60261**

**Charlotte, NC 28260g**

_____

Date or dates debt was incurred      **Various**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$30,163.00**

---

**3.11**  Nonpriority creditor's name and mailing address

**Exxon Mobil**

**P.O. Box 78001**

_____

**Phoenix**                **AZ**    **85062**

Date or dates debt was incurred      **Various**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.12**  Nonpriority creditor's name and mailing address

**Fabricators Stone Gp**

**2122 N. Church St.**

_____

**McKinney**                **TX**    **75069**

Date or dates debt was incurred      **Various**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,072.00**

---

Debtor  __The Granite and Iron Store, Inc._____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$410.00

**FedEx Freight**

**P.O. Box 223125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Pittsburgh**                **PA**        **15251**

Date or dates debt was incurred    **Various**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.14 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$216.00

**Fedex Ground**

**P.O. Box 660481**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Dallas**                **TX**        **75266**

Date or dates debt was incurred    **Various**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.15 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

**Ford Credit**

**P.O. Box 650575**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Dallas**                **TX**        **75265**

Date or dates debt was incurred    **Various**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.16 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$3,882.00

**Ganz USA**

**P.O. 530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Buffalo**                **NY**        **14240**

Date or dates debt was incurred    **Various**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   **The Granite and Iron Store, Inc.**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.17 | Nonpriority creditor's name and mailing address |

**Giftcraft**

**P.O. Box 1270**

**Grand Island**               **NY      14072**

Date or dates debt was incurred        **Various**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,932.00**

---

| 3.18 | Nonpriority creditor's name and mailing address |

**Hill Country Propane**

**1240 Hwy 165**

**Fredericksburg**               **TX      78624**

Date or dates debt was incurred        **Various**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$863.00**

---

| 3.19 | Nonpriority creditor's name and mailing address |

**Integrated Solutions**

**1101 S. Capital of Tx Hwy**

**Ste H 207**

**West Lake Hills**               **TX      78746**

Date or dates debt was incurred        **Various**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$497.00**

---

| 3.20 | Nonpriority creditor's name and mailing address |

**James Moder**

**2050 N. Stemmons Fwy, Ste. 303-1**

**Mail Unit 231**

**Dallas**               **TX      75207**

Date or dates debt was incurred        **Various**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$762.00**

---

Debtor  __The Granite and Iron Store, Inc._____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21** Nonpriority creditor's name and mailing address

$153,335.00

**Kapitus, LLC**

**2500 Wilson Blvd., Ste. 350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

**Arlington**                          **VA        22201**

Date or dates debt was incurred        **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.22** Nonpriority creditor's name and mailing address

$12,997.00

**Marlin Capital Solutions**

**300 Fellowship Rd**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

**Mount Laurel**                       **NJ        08054**

Date or dates debt was incurred        **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.23** Nonpriority creditor's name and mailing address

Unknown

**Matt Copeland**

**208 E. Main St.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

**Fredericksburg**                     **TX        78624**

Date or dates debt was incurred        **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.24** Nonpriority creditor's name and mailing address

$1,003.00

**Melrose International**

**P.O. Box 3441**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

**Quincy**                             **IL        62305**

Date or dates debt was incurred        **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor __The Granite and Iron Store, Inc.__ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $157.00
*Check all that apply.*

__MSC Industrial Supply__

__P.O. Box 953635__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Saint Louis          MO     63195__     __Goods and/or Services__

Date or dates debt was incurred     __Various__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**3.26** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $1,900,000.00
*Check all that apply.*

__Phil Jackson__

__405 Candellight Cove__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Fredericksburg          TX     78624__     __Goods and/or Services__

Date or dates debt was incurred     __Various__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**3.27** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $435.00
*Check all that apply.*

__Republic Services__

__P.O. Box 78829__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Phoenix          AZ     85062__     __Goods and/or Services__

Date or dates debt was incurred     __Various__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**3.28** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $385.00
*Check all that apply.*

__Rode's Iron & Pipe Yard__

__203 S. Lincoln St.__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Fredericksburg          TX     78624__     __Goods and/or Services__

Date or dates debt was incurred     __Various__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor __The Granite and Iron Store, Inc._____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,740.00** |
|---|---|---|---|

Santa's Workshop

1650 Trumbull Ave.

☐ Contingent
☐ Unliquidated
☐ Disputed

Girard                          OH      44420

**Basis for the claim:**
Goods and/or Services

Date or dates debt was incurred          Various

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$384.00** |
|---|---|---|---|

Shell-Wex Bank

P.O. Box 6293

☐ Contingent
☐ Unliquidated
☐ Disputed

Carol Stream                    IL      60197

**Basis for the claim:**
Goods and/or Services

Date or dates debt was incurred          Various

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$414.00** |
|---|---|---|---|

The Business Center

P.O. Box 404

☐ Contingent
☐ Unliquidated
☐ Disputed

Marble Falls                    TX      78654

**Basis for the claim:**
Goods and/or Services

Date or dates debt was incurred          Various

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,967.00** |
|---|---|---|---|

The Stone Collection DAL2

11935 N. Stemmons Fwy Ste 100

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                          TX      75234

**Basis for the claim:**
Goods and/or Services

Date or dates debt was incurred          Various

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

Debtor  **The Granite and Iron Store, Inc.**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$3,051.00**

**Triton Stone Group**

**107 W Nakoma St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**San Antonio**          **TX**    **78216**

Date or dates debt was incurred    **Various**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.34 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$963.00**

**Uline**

**P.O. Box 88741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Chicago**          **IL**    **60680**

Date or dates debt was incurred    **Various**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   **The Granite and Iron Store, Inc.**                    Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.   Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a.  **Total claims from Part 1**          5a.          **$26,163.25**

5b.  **Total claims from Part 2**          5b. **+**        **$2,300,672.00**

5c.  **Total of Parts 1 and 2**            5c.        **$2,326,835.25**
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name    **The Granite and Iron Store, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____   Chapter   **7**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐   No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑   Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Printer<br>Contract to be REJECTED | Ascentium Capital<br>P.O. Box 301593 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas      TX    75303 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | 2 apple computers<br>Contract to be ASSUMED | CIT<br>155 Commerce Way |
| | State the term remaining | | |
| | List the contract number of any government contract | | Portsmouth    NH    03801 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Sublease for space<br>Contract to be REJECTED | J Perry<br>P.O. Box 669 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Fredericksburg    TX    78624 |

**Fill in this information to identify the case:**

Debtor name  **The Granite and Iron Store, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.**

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **The Granite and Iron Store, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................................. | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................................. | **$153,644.00**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B................................................................................. | **$153,644.00**

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................................... | **$26,163.25**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+ $2,300,672.00**

4. **Total liabilities**
   Lines 2 + 3a + 3b........................................................................................................................... | **$2,326,835.25**

---

**Fill in this information to identify the case and this filing:**

Debtor Name    **The Granite and Iron Store, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

---

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/21/2020**     X **/s/ Kayln Shaun Wehmeyer**
     MM / DD / YYYY        Signature of individual signing on behalf of debtor

                     **Kayln Shaun Wehmeyer**
                     Printed name

                     **President**
                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **The Granite and Iron Store, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.**   **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/21/2020**<br>MM / DD / YYYY | to | Filing date | | ☑ Operating a business<br>☐ Other _____ | **$1,540,000.00** |
| For prior year: | From **01/21/2019**<br>MM / DD / YYYY | to | **01/20/2020**<br>MM / DD / YYYY | | ☐ Operating a business<br>☐ Other _____ | _____ |
| For the year before that: | From **01/21/2018**<br>MM / DD / YYYY | to | **01/20/2019**<br>MM / DD / YYYY | | ☐ Operating a business<br>☐ Other _____ | _____ |

**2.**   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be
adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Phil Jackson**<br>Creditor's name<br>**405 Candellight Cove**<br>Street<br><br>**Fredericksburg**    **TX**    **78624**<br>City    State    ZIP Code | **Monthly** | **$11,000.00** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor   __The Granite and Iron Store, Inc._____   Case number (if known) _____
        Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
| --- | --- |

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1.  **Kapitus** | **Debt Collection**<br>**Attny: Nhon H Nguyen**<br>**2201 Libbie Ave**<br>**Rickmond, VA 23230** | In the Circuit Crt of the Cnty of Hanove<br>Name<br>_____<br>Street<br>_____ | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number<br>_____ | | City     State  ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  __The Granite and Iron Store, Inc._____  Case number (if known)  _____
      Name

## Part 4:  Certain Gifts and Charitable Contributions

**9.**  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:  Certain Losses

**10.**  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:  Certain Payments or Transfers

**11.**  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.** **Jesse Blanco** | | | $2,000.00 |

**Address**

_____
Street

_____

_____
City          State   ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12.**  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor    __The Granite and Iron Store, Inc._____    Case number (if known)  _____
                    Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ▪ diagnosing or treating injury, deformity, or disease, or

- ▪ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained  _____

        Does the debtor have a privacy policy about that information?
        ☐ No.
        ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
        ☐ No.  Go to Part 10.
        ☐ Yes.  Fill in below:

Debtor  __The Granite and Iron Store, Inc._____  Case number (if known)  _____
Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

Debtor  **The Granite and Iron Store, Inc.**          Case number (if known)        
      Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Debtor**<br>Name | From _____ To _____ |
| Street | |
| City      State    ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Debtor**<br>Name | |
| Street | |
| City      State    ZIP Code | |

Debtor    __The Granite and Iron Store, Inc.__          Case number (if known) _____
                 Name

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
        financial statement within 2 years before filing this case.

        ☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Kayln Shaun Wehmeyer** | | **President** | **50%** |
| **Olivia Wehmeyer** | | | **50%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,
members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws,
bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor __The Granite and Iron Store, Inc._____     Case number (if known) _____
         Name

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/21/2020___
         MM / DD / YYYY

X **/s/ Kayln Shaun Wehmeyer**_____     Printed name  **Kayln Shaun Wehmeyer**_____
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  **President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

In re  **The Granite and Iron Store, Inc.**

Case No. _____

Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................   **$2,000.00**

Prior to the filing of this statement I have received........................................................   **$2,000.00**

Balance Due...............................................................................................................   **$0.00**

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __01/21/2020__ | __/s/ Jesse Blanco__ | |
| *Date* | *Jesse Blanco* | Bar No.  02449600 |
| | Jesse Blanco Attorney at Law | |
| | 7406 Garden Grove | |
| | San Antonio, Texas 78250 | |
| | Phone: (713) 320-3732 / Fax: (210) 509-6903 | |

---

  __/s/ Kayln Shaun Wehmeyer__

**Kayln Shaun Wehmeyer**
**President**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **The Granite and Iron Store, Inc.**                              CASE NO

                                                                            CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  1/21/2020                                    Signature   */s/ Kayln Shaun Wehmeyer*
                                                                *Kayln Shaun Wehmeyer*
                                                                *President*


Date                                               Signature

American Express
P.O. Box 650448
Dallas, TX 75265-0448


Ascentium Capital
P.O. Box 301593
Dallas, TX 75303


BB&T Commercial Equipment
2 Great Valley Pkwy, Ste. 300
Malvern, PA 19355


BBVA Compass
DDA Collections
P.O. Box 192
Birmingham, AL 35201


Caleb Wehmeyer
115 Barons Creek Crossing
Fredericksburg, TX 78624


Capital One
P.O. Box 60599
City of Industry, CA 91716


Chase Card Services
P.O. Box 6294
Carol Stream, IL 60197-6294


Chevron/Texasco-WEX Bnk
P.O. Box 4337
Carol Stream, IL 60197


Chris Haggerton
204 Glenmore
Fredericksburg, TX 78624

```
CIT
155 Commerce Way
Portsmouth, NH 03801


Creative Co-op
P.O. 74008740
Chicago, IL 60674


Ditmarr Lumber Co
500 Sequin St.
San Antonio, TX 78208


Everest Stone
15565 Wright Brothers Dr.
Addison, TX 75001


Evergreen Enterprises
P.O. Box 60261
Charlotte, NC 28260g


Exxon Mobil
P.O. Box 78001
Phoenix, AZ 85062


Fabricators Stone Gp
2122 N. Church St.
McKinney, TX 75069


FedEx Freight
P.O. Box 223125
Pittsburgh, PA 15251


Fedex Ground
P.O. Box 660481
Dallas, TX 75266
```

```
Ford Credit
P.O. Box 650575
Dallas, TX 75265


Ganz USA
P.O. 530
Buffalo, NY 14240


Giftcraft
P.O. Box 1270
Grand Island, NY 14072


Gillespie Central Appraisal District
1159 S. Milam St.
Fredericksburg, TX 78624


Hill Country Propane
1240 Hwy 165
Fredericksburg, TX 78624


Integrated Solutions
1101 S. Capital of Tx Hwy
Ste H 207
West Lake Hills, TX 78746


J Perry
P.O. Box 669
Fredericksburg, TX 78624


James Moder
2050 N. Stemmons Fwy, Ste. 303-1
Mail Unit 231
Dallas, TX 75207


Jamie Sanchez
302 Acorn
Fredericksburg, TX 78624
```

John Fields
412 S. Adams St. 1102
Fredericksburg, TX 78624


Kapitus, LLC
2500 Wilson Blvd., Ste. 350
Arlington, VA 22201


Marlin Capital Solutions
300 Fellowship Rd
Mount Laurel, NJ 08054


Matt Copeland
208 E. Main St.
Fredericksburg, TX 78624


Matt Haggerton
208 Westmore
Fredericksburg, TX 78624


Melrose International
P.O. Box 3441
Quincy, IL 62305


MSC Industrial Supply
P.O. Box 953635
Saint Louis, MO 63195


Phil Jackson
405 Candellight Cove
Fredericksburg, TX 78624


Republic Services
P.O. Box 78829
Phoenix, AZ 85062

Richard Fields
506 Fields Ln
Fredericksburg, TX 78624


Rode's Iron & Pipe Yard
203 S. Lincoln St.
Fredericksburg, TX 78624


Santa's Workshop
1650 Trumbull Ave.
Girard, OH 44420


Sara Dvorak
194 Michael Dr.
Harper, TX 78631


Shell-Wex Bank
P.O. Box 6293
Carol Stream, IL 60197


Texas Comptroller
P.O. Box 12548
Austin, TX 78711-2548


The Business Center
P.O. Box 404
Marble Falls, TX 78654


The Stone Collection DAL2
11935 N. Stemmons Fwy Ste 100
Dallas, TX 75234


Triton Stone Group
107 W Nakoma St
San Antonio, TX 78216

```
Uline
P.O. Box 88741
Chicago, IL 60680
```